IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 CR 774-3 |
| | ) | Judge John J. Tharp, Jr. |
| GABRIEL BUSH, *et al.* | ) | |
| (PARIS POE) | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT POE'S MOTION FOR LEAVE TO FILE
REQUEST FOR EXPERT MITIGATION SERVICES PURSUANT
TO THE CRIMINAL JUSTICE ACT *EX PARTE* AND UNDER SEAL**

Defendant, **PARIS POE**, by and through his attorneys, **PATRICK W. BLEGEN** and **PAUL M. BRAYMAN**, pursuant to Chapter XII of the Plan of the United States District Court for the Northern District of Illinois Pursuant to the Criminal Justice Act of 1964 and its Addendum, as well as Local Rule 26.2 of the Rules of the United States District Court for the Northern District of Illinois, respectfully moves this Court for entry of its order granting him leave to file a request for expert mitigation services pursuant to the Criminal Justice Act (CJA) *ex parte* and under seal.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1. Defendant is charged in two counts of a five count indictment with racketeering conspiracy in violation of 18 U.S.C. §1962(d) (Count One), and murder in aid of racketeering in violation of 18 U.S.C. §1959(a)(1) (Count Two). (Docket No. 1).

2. If convicted on Count Two, Defendant faces punishment of "death or life imprisonment." 18 U.S.C. §1959(a)(1).

3. Counsel are appointed in this matter under the CJA and believe that expert

mitigation services are necessary.

4. Counsel request permission to file their request for expert mitigation services *ex parte* and under seal.

5. Under Chapter XII of the Plan of the United States District Court for the Northern District of Illinois Pursuant to the Criminal Justice Act of 1964, and the Addendum to that plan regarding criminal cases involving the death penalty, requests for authorization to obtain expert services may be submitted to the judge in an *ex parte* application upon a showing of a need for confidentiality.

6. Likewise, 18 U.S.C. §3599(f) indicates that a proper showing concerning the need for confidentiality is necessary for requests for expert and other services under the CJA to be made *ex parte*.

7. Counsel submit that confidentiality regarding requests for mitigation services is necessary in order to permit counsel to prepare a defense to the charges and the government's potential pursuit of the death penalty without the government obtaining advance information to which it otherwise would not be entitled until the case is complete or the expert or other services have otherwise come to light.[1] Access to such information would provide the government with unwarranted insight into defense strategy, could reveal privileged communications, and would otherwise provide the government with a tactical advantage that it would not obtain if Defendant had the resources to hire experts, investigators, etc. on his own.

8. Moreover, in light of the significant press coverage that this case has generated,

---

[1] For example, the motion seeking leave to obtain expert mitigation services contains an explanation regarding specific information that a mitigation specialist would seek to develop in an effort to convince the Department of Justice not to seek the death penalty.

counsel are concerned that requests for expert and other services, and the reasons behind them, could impact the impartiality of potential jurors and could otherwise needlessly extend a jury selection process that will likely be lengthy and difficult in any event.

  WHEREFORE, Defendant respectfully moves this Court for entry of its order granting him leave to file his request for leave to obtain expert mitigation services *ex parte* and under seal.

              Respectfully submitted,

              s/Patrick W. Blegen
              **PATRICK W. BLEGEN**, One of the
              Attorneys for Defendant Paris Poe.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

## **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing was served on February 14, 2014, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                  s/ Patrick W. Blegen
                  **PATRICK W. BLEGEN**
                  53 West Jackson Boulevard, Suite 1437
                  Chicago, Illinois 60604
                  (312) 957-0100